UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TRAMETRICH DEMOND JOHNSON,**

*Petitioner,*

v.                                              CASE NO. 1:13-cv-00102-MP-GRJ

**MICHAEL D CREWS, SECRETARY DEPARTMENT OF CORRECTIONS,**

*Respondents.*

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation (ECF No. 31). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The petitioner filed objections at ECF No. 34, which the Court has reviewed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

IT IS ORDERED:

The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order. The Petition under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody, ECF No. 1, is

DENIED. A certificate of appealability is DENIED. The Clerk is directed to close the file.

**SO ORDERED on September 30, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**